# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151132

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRANCE EUGENE DAWSON,
      Defendant-Appellant.

SC: 151132
COA: 323801
Berrien CC:  2010-003429-FC
                2010-003430-FC
                2010-003431-FC
                2010-003358-FC
                2010-003359-FC

_____/

      On order of the Court, the application for leave to appeal the January 6, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



a0620

Clerk